**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1105**
_____

In Re:  ANDRE D. WHITFIELD,

                   Petitioner.

_____

On Petition for Writ of Mandamus.
(3:15-cv-00441-HEH-RCY)

_____

Submitted:  April 4, 2016                Decided:  April 13, 2016

_____

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Andre D. Whitfield, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre D. Whitfield filed a petition for writ of mandamus, seeking an order directing the district court to issue a ruling on his 28 U.S.C. § 2241 (2012) petition. The district court issued its final order in the § 2241 action on February 19, 2016. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED